# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FAIRWAY RESTAURANT EQUIPMENT CONTRACTING, INC., ) ) | ) | |
| Plaintiff, ) | Case No. 2:13-cv-2155-JCM-NJK | |
| vs. ) | ORDER | |
| KAKU MAKINO, et al., ) ) | | |
| Defendants. ) | | |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. On June 27, 2014, Plaintiff filed a Notice of Discovery Planning Conference of the Parties. Docket No. 22. Because that document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

The Court hereby **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: June 30, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge