1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

FAIRWAY RESTAURANT EQUIPMENT                )
10    CONTRACTING, INC.,                                           )
                                                                              )
11                                          Plaintiff,              )                    2:13-cv-02155-JCM-NJK
                                                                              )
12    vs.                                                                 )
                                                                              )
13    KAKU MAKINO, et al.,                                    )                    **O R D E R**
                                                                              )
14                                          Defendants.       )                    (Docket No. 34)
        ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  )
15

16          Pending before the Court is Plaintiff's motion for reconsideration of the Court's August 14, 2014,

17    Order Granting Defendant Makino's Motion for Demand of Security of Costs (Docket No. 33).  Docket

18    No. 34.

19          For good cause shown, the Court **GRANTS** Plaintiff's motion.  Docket No. 34.  The Court hereby

20    amends the Order at Docket No. 33 to read that Plaintiff shall provide security in the amount of $500

21    solely as to  Defendant Makino, no later than September 2, 2014.  Plaintiff shall provide this security to

22    the "Clerk, U.S. District Court."

23          IT IS SO ORDERED.

24          DATED: August 19, 2014.

25
26                                                                 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                        NANCY J. KOPPE
27                                                                 United States Magistrate Judge

28