R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
**CALLISTER & FRIZELL**
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FAIRWAY RESTAURANT EQUIPMENT CONTRACTING, INC., <br><br> Plaintiffs, <br> vs. <br><br> KAKU MAKINO; JOON HO HA; DOE DEFENDANTS 1 through 10; and ROE ENTITIES 1 through 10, <br><br> Defendants. | CASE NO:   2:13-cv-02155-JCM-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND
TO MOTION TO DISMISS [DOC. 55]
(FIRST REQUEST)**

By and through their respective counsel of record, Plaintiff Fairway Restaurant Equipment Contracting, Inc. ("Plaintiff" or "Fairway") and Defendant Kaku Makino ("Defendant" or "Makino") (collectively, the "Parties") hereby submit this Stipulation and Order to Extend Deadline to Respond to Motion to Dismiss [Doc. 55] (First Request). In this connection, the Parties agree and stipulate as follows:

1. Due to Plaintiff counsel's personal and professional commitments and schedule, he lacks sufficient time to respond to Defendant Kaku Makino's Motion to Dismiss Complaint Under Rule 12(b)(1) [Doc. 55] (hereinafter "Motion") by the current deadline.

2. The Parties agree that there is just, good, and sufficient cause to extend the deadline for Plaintiff to respond to the Motion.

3. The deadline for Plaintiff to file a response to the Motion shall be extended from *June 1, 2015 (old deadline)* to *June 15, 2015 (new deadline)*

IT IS SO STIPULATED.

| | |
|---|---|
| **CALLISTER & FRIZELL**<br>8275 South Eastern Avenue, Ste. 200<br>Las Vegas, Nevada 89123 | **HOFLAND & TOMSHECK**<br>228 S. 4th St. 1st Floor<br>Las Vegas, Nevada 89101 |
| By: /s/ R. Duane Frizell<br>R. DUANE FRIZELL, ESQ.<br>Nevada Bar No. 9807<br>*Attorneys for Plaintiff* | By: /s/ Bradley J. Hofland<br>BRADLEY J. HOFLAND, ESQ.<br>Nevada Bar No. 6343<br>*Attorneys for Defendant Kaku Makino* |
| DATED: May 26, 2015 | DATED: May 26, 2015 |

## ORDER

Having reviewed the foregoing Stipulation of the Parties, and finding good, just, and sufficient cause therefor, it is hereby entered as an Order of the Court.

IT IS SO ORDERED.

DATED May 29, 2015.

_____
UNITED STATES DISTRICT JUDGE
CASE NO:   2:13-cv-02155-JCM-NJK

*Submitted by:*

**CALLISTER & FRIZELL**
8275 South Eastern Avenue, Ste. 200
Las Vegas, Nevada 89123

By: /s/ R. Duane Frizell
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
*Attorneys for Plaintiff*